JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY HARGREW, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>SERVICELINK, INC., a Delaware Corporation; and DOES 1-25; inclusive,<br><br>             Defendants. | **CASE NO. 8:13-CV-01092-CJC-JPR**<br><br>[*Assigned to Courtroom 9B - Hon. Cormac J. Carney, Discovery to Magistrate Judge Jean P. Rosenbluth – Courtroom 6A*]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 11, 2013<br>Removal: July 22, 2013<br>Trial Date: October 14, 2014 |

Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiff Jeffrey Hargrew against Defendant Servicelink, Inc. are dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear their own fees and costs herein.

IT IS SO ORDERED:

DATED: April 22, 2014

_____
HON. CORMAC J. CARNEY
United States District Court

*Kesluk & Silverstein, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA  90069
Tel: (310) 273-3180
Fax: (310) 273-6137

ORDER DISMISSING ENTIRE ACTION